IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Black Rose, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Black Rose European Bakery LLC,<br><br>    Defendant. | Civil Action No. 1:24-cv-12372-RGS |

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO COMPLAINT**

Defendant Black Rose European Bakery LLC ("Defendant") hereby moves this Court for a seven (7) day extension of time to answer or otherwise respond to the Complaint filed by Plaintiff The Black Rose, Inc. ("Plaintiff"). As grounds for this Motion, Defendant states:

1. Plaintiff filed the Complaint on September 16, 2024.

2. On September 27, 2024, Plaintiff served the Complaint and Summons on Defendant via email to counsel for Defendant, Sharona H. Sternberg of Sunstein LLP, who agreed to accept service on behalf of Defendant.

3. On October 17, 2024, the Court granted Defendant's Assented to Motion for Extension of Time to file an answer or otherwise respond to the Complaint (D.I. 12).

4. On November 15, 2024, the Court granted Defendant's Assented to Motion for Extension of Time to file an answer or otherwise respond to the Complaint (D.I. 14).

5. Defendant's answer or response to the Complaint is currently due on December 2, 2024.

6. Defendant and Plaintiff have entered a settlement agreement and are in the process of complying with their respective obligations under the terms of the agreement.

7. Defendant seeks to preserve its right to respond to the Complaint, with the expectation that the Complaint will be dismissed.

8. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff assents to the 7-day extension for Defendant to answer or respond to the Complaint.

WHEREFORE, Defendant respectfully requests, with Plaintiff's assent, that the Court enlarge the time by 7 days, up to and including December 9, 2024, within which Defendant must answer or otherwise respond to the Complaint.

Dated: December 2, 2024                     Respectfully Submitted,

By: _/s/ Sharona H. Sternberg_____
  Sharona H. Sternberg (BBO #682384)
  Katherine W. Soule (BBO #703965)
  Sunstein LLP
  100 High Street
  Boston, MA 02110-2321
  Tel.: 617.692.2327
  ssternberg@sunsteinlaw.com
  ksoule@sunsteinlaw.com

  *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed with the Court through CM/ECF system on December 2, 2024, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

By: _/s/ Katherine W. Soule_____
Katherine W. Soule (BBO #703965)