# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Black Rose, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Black Rose European Bakery LLC,<br><br>    Defendant. | Civil Action No. 1:24-cv-12372-RGS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendant, Black Rose European Bakery, LLC, with each party to bear its own costs, expenses and attorneys' fees.

Defendant has not filed either an answer or a motion for summary judgment in this matter.

Dated: December 4, 2024

Respectfully submitted,

*/s/ Cameron D. Panepinto*
Kevin Gannon (BBO #640931)
Cameron D. Panepinto (BBO #709565)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: kgannon@princelobel.com
Email: cpanepinto@princelobel.com

*Attorneys for The Black Rose, Inc.*

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Cameron D. Panepinto*